UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FABIO A. CONTRERAS,<br><br>　　　　Defendant. | Case No. 15-cv-02961 NC<br><br>**REPORT AND RECOMMENDATION TO REMAND TO STATE COURT; REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE**<br><br>Re: Dkt. No. 5 |

　　　　On July 2, 2015, the Court ordered pro se defendant Fabio A. Contreras to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. The Court gave Contreras until July 16, 2015, to respond to the Order to Show Cause; otherwise, the Court would remand the action to state court. Dkt. No. 5 at 3. Contreras has failed to respond.

　　　　Accordingly, the Court recommends that the district court remand this case to state court.

　　　　None of the parties in this case has consented to the jurisdiction of a magistrate judge. 28 U.S.C. § 636(c). Because the undersigned magistrate judge lacks jurisdictional authority, the clerk must reassign this case to a district court judge. Any party may object to this recommendation within 14 days. Fed. R. Civ. P. 72.

　　　　**IT IS SO ORDERED.**

Dated: July 20, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FABIO A. CONTRERAS,<br><br>　　　　Defendant. | Case No.   15-cv-02961-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fabio A. Contreras
5965 Cahalan Avenue
San Jose, CA 95123

Dated: July 20, 2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Lili Harrell, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable NATHANAEL M. COUSINS